```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 16037
    SHERRY A AVERY
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-6044


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/04/2007 and was confirmed 11/07/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 03/24/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  NOTICE ONLY     NOT FILED           .00            .00
DEUTSCHE BANK NATIONAL T  CURRENT MORTG         .00           .00            .00
DEUTSCHE BANK NATIONAL T  MORTGAGE ARRE         .00           .00            .00
UNITED AUTO CREDIT CORP   SECURED VEHIC         .00           .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED           .00            .00
ASSET ACCEPTANCE LLC      UNSECURED          523.70           .00          41.23
CAPITAL ONE               UNSECURED       NOT FILED           .00            .00
CAPITAL ONE               UNSECURED       NOT FILED           .00            .00
MIDLAND CREDIT MANAGEMEN  UNSECURED       NOT FILED           .00            .00
RX ACQUISITIONS LLC       UNSECURED          237.09           .00          18.67
NUVELL CREDIT CO LLC      NOTICE ONLY     NOT FILED           .00            .00
CHARLES ADAMS             NOTICE ONLY     NOT FILED           .00            .00
CHARLESETTA AVERY         NOTICE ONLY     NOT FILED           .00            .00
DEUTSCHE BANK NATIONAL T  NOTICE ONLY     NOT FILED           .00            .00
RX ACQUISITIONS LLC       UNSECURED          679.61           .00          53.50
AMERICASH LOANS LLC       UNSECURED         1986.57           .00         156.40
NUVELL CREDIT CO LLC      UNSECURED        12564.62           .00         989.17
PHILIP A IGOE             DEBTOR ATTY           .00                          .00
TOM VAUGHN                TRUSTEE                                          86.08
DEBTOR REFUND             REFUND                                          254.95

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             1,600.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                     1,258.97
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                             86.08

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 16037 SHERRY A AVERY
```

```
DEBTOR REFUND                                                       254.95
                                          ---------------    ---------------
TOTALS                                           1,600.00           1,600.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 06/25/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```